| | |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> **SOUTHERN DISTRICT OF NEW YORK** | USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC#: _____ <br> DATE FILED: 8/16/23 |

ALTER,

                               Plaintiff,

-against-                                        23-cv-02305-ALC

NEW YORK CITY SCHOOLS                        **ORDER**
CONSTRUCTION AUTHORITY ET AL.,

                              Defendants.

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of the parties' joint status report. ECF No. 19. Defendants are hereby **GRANTED** leave to move to partially dismiss Plaintiff's Amended Complaint. The Court adopts the parties' briefing schedule. The parties are directed to adhere to the following briefing schedule:

        **Opening Brief:**        September 29, 2023

        **Opposition:**           October 30, 2023

        **Reply:**                  November 13, 2023

    In the status report, Plaintiff indicated that he would like discovery to begin, while Defendants request that the Court stay discovery. The parties are hereby **ORDERED** to file a joint letter on or by **August 23, 2023** advising the Court if they wish to brief a motion to stay discovery. If so, the parties are directed to include a proposed expedited briefing schedule.

**SO ORDERED.**

**Dated:    August 16, 2023**
             **New York, New York**                                    **ANDREW L. CARTER, JR.**
                                                                              **United States District Judge**