UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

SETH ALTER,

                                        Plaintiff,  **NOTICE OF MOTION TO PARTIALLY DISMISS THE AMENDED COMPLAINT**

            -against-

NEW YORK CITY SCHOOLS CONSTRUCTION    No. 23 CV 02305 (ALC)
AUTHORITY and FELICE SONTUPE

                                      Defendants.
------------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Assistant Corporation Counsel Karen K. Rhau, dated September 29, 2023, and the exhibits annexed thereto, upon the accompanying Memorandum of Law in Support of Defendants' Partial Motion to Dismiss the Amended Complaint, dated September 29, 2023 and upon all the papers and proceedings previously had herein, Defendants will move this Court at the United States Courthouse for the Southern District of New York, 40 Foley Square, New York, New York, 10007, before the Honorable Andrew L. Carter, Jr., United States District Judge, on a date and time to be determined by the Court, for a judgment, pursuant to Federal Rule of Civil Procedure 12(b), dismissing on the following grounds: (a) Plaintiff fails to state a plausible First Amendment retaliation claim and (b) Public Authorities Law § 2857 does not provide for a private right of action to enforce its provisions.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Court's Order on August 16, 2023, papers in opposition to the motion are to be served on the undersigned on or before October 30, 2023, and Defendants' reply papers, if any, are to be served on or before November 13, 2023. See ECF Dkt. No. 20.

Date:   New York, New York
        September 29, 2023

                        HON. SYLVIA O. HINDS-RADIX
                        Corporation Counsel of the
                          City of New York
                        Attorney for Defendants
                        100 Church Street, Room 2-146
                        New York, New York 10007
                        (212) 356-2475
                        krhau@law.nyc.gov

                   By:   */s/ Karen K. Rhau*
                        Karen K. Rhau
                        Assistant Corporation Counsel

TO:   Jason L. Solotaroff, Esq. & Amy E. Robinson, Esq.
      Giskan Solotaroff & Anderson LLP
      Attorneys for Plaintiff
      90 Broad Street, 2nd Floor
      New York, New York 10004
      646-200-6265
      jsolotaroff@gslawny.com
      arobinson@gslawny.com

No. 23 CV 02305 (ALC)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SETH ALTER

                              Plaintiff,

-against-

NEW YORK CITY SCHOOLS CONSTRUCTION AUTHORITY, and FELICE SONTUPE

                             Defendants.

---

**NOTICE OF MOTION TO PARTIALLY DISMISS THE AMENDED COMPLAINT AND DECLARATION**

---

***HON. SYLVIA O. HINDS-RADIX***
*Corporation Counsel of the City of New York*
   *Attorney for Defendants*
   *100 Church Street*
   *New York, N.Y.  10007*

   *Of Counsel:  Karen K. Rhau*
   *Tel:  (212) 356-2475*
   *Matter No.:  2023-027087*

---

*Due and timely service is hereby admitted.*

*New York, N.Y......................................................., 2023*

*................................................................................ Esq.*

*Attorney for.......................................................................*