USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/16/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALTER,<br><br>                    Plaintiff,<br><br>-against-<br><br>NEW YORK CITY SCHOOLS CONSTRUCTION AUTHORITY *et al.*,<br><br>                    Defendant. | 23-CV-02305<br><br>ORDER |

**ANDREW L. CARTER, JR., United States District Judge:**

This Court will hold a telephonic conference on **September 4th, 2024 at 12:30 PM Eastern Time.** The Parties should contact the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

Dated:   August 16, 2024
         New York, New York

                                                    _____
                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**