USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/4/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALTER,<br><br>         **Plaintiff,**<br><br>-against-<br><br>NEW YORK SCHOOL CONSTRUCTION AUTHORITY, *et al.*,<br><br>         **Defendants.** | **23-CV-02305**<br><br><u>Order</u> |

**ANDREW L. CARTER, JR., United States District Judge:**

  For those reasons stated on the record during the Court's telephonic conference on September 4, 2024, Defendants' motion to dismiss is hereby **DENIED**. The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 24.

**SO ORDERED.**

**Dated:  September 4, 2024**
    New York, New York

                            **ANDREW L. CARTER, JR.**
                             **United States District Judge**