UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SETH ALTER,

                Plaintiff,

-v-

NEW YORK CITY SCHOOLS CONSTRUCTION AUTHORITY, *et al.*,

                Defendants.

**ORDER**

23-CV-2305 (ALC) (HJR)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/2024

**HENRY J. RICARDO, United States Magistrate Judge.**

      By an Order of Reference dated October 10, 2023, this case was referred to Judge Cott for General Pretrial, including settlement. Doc. 27. On August 27, 2024, this referral was reassigned to me. As soon as practicable, the parties are directed to contact Chambers at RicardoNYSDChambers@nysd.uscourts.gov, copying all counsel or the pro se litigant if they are unrepresented, to schedule a settlement conference for a time when they believe it would be productive.

**SO ORDERED.**

Dated: September 23, 2024
       New York, New York

_____
Hon. Henry J. Ricardo
United States Magistrate Judge

1