```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SETH ALTER

Plaintiff,

-against-

NEW YORK CITY SCHOOL
CONSTRUCTION AUTHORITY, and FELICE
SONTUPE

Defendants

Case No. 1:23-cv-02305 (ALC)(HJR)

**CONSENT ORDER
GRANTING SUBSTITUTION OF
ATTORNEY**

---

We, the undersigned, do hereby consent and agree that Iman A. Wells, Esq. and Allison J. Vogel, Esq. of Nukk-Freeman & Cerra, P.C. be substituted as attorney of record for Defendants New York City School Construction Authority and Felice Sontupe in place of Karen Rhau, Esq. of NYC Law Department, Office of the Corporation Counsel.

**New York City School Construction Authority**

By: _____
Name: KELLY MUI
Title: Senior Attorney
Date: 6/6/25

**Office of the Corporation Counsel**

By: _____
Karen Rhau, Esq.
100 Church Street
New York, NY 10007
Tel.: (212) 356-2475
Email: krhau@law.nyc.gov

*Withdrawing Attorneys for Defendants*

Dated: June 6, 2025

**Felice Sontupe**

By: _____
FELICE SONTUPE

Date:

**NUKK-FREEMAN & CERRA, P.C.**

By: _____
Iman A. Wells, Esq.
Allison J. Vogel, Esq.
26 Main Street, Suite 202
Chatham, NJ 07928
Tel.: (973) 665-9100
Fax: (973) 665-9101
Email: iwells@nfclegal.com
         avogel@nfclegal.com

*Substituting Attorneys for Defendants*

Dated: June 6, 2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SETH ALTER

Plaintiff,

-against-

NEW YORK CITY SCHOOL
CONSTRUCTION AUTHORITY, and FELICE
SONTUPE

Defendants

Case No. 1:23-cv-02305 (ALC)(HJR)

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

We, the undersigned, do hereby consent and agree that Iman A. Wells, Esq. and Allison J. Vogel, Esq. of Nukk-Freeman & Cerra, P.C. be substituted as attorney of record for Defendants New York City School Construction Authority and Felice Sontupe in place of Karen Rhau, Esq. of NYC Law Department, Office of the Corporation Counsel.

**New York City School Construction Authority**

By: _____
Name: KELLY MUI
Title: Senior Attorney
Date: 6/6/25

**Felice Sontupe**

By: _____
FELICE SONTUPE
Date:

**Office of the Corporation Counsel**

By: _____
Karen Rhau, Esq.
100 Church Street
New York, NY 10007
Tel.: (212) 356-2475
Email: krhau@law.nyc.gov

*Withdrawing Attorneys for Defendants*

Dated: June 6, 2025

**NUKK-FREEMAN & CERRA, P.C.**

By: _____
Iman A. Wells, Esq.
Allison J. Vogel, Esq.
26 Main Street, Suite 202
Chatham, NJ 07928
Tel.: (973) 665-9100
Fax: (973) 665-9101
Email: iwells@nfclegal.com
       avogel@nfclegal.com

*Substituting Attorneys for Defendants*

Dated: June 6, 2025

The substitution of attorney is hereby granted and so ORDERED.

Dated: June 10, 2025
New York, New York

_____
Hon. Henry J. Ricardo
United States Magistrate Judge

2

4912-9316-0266, v. 1