USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SETH ALTER,

                Plaintiff,

    -v-

NEW YORK CITY SCHOOLS CONSTRUCTION AUTHORITY, *et al.,*

                Defendants.

**ORDER**

23-CV-2305 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    On August 1, 2025, Defendants moved to amend the discovery schedule to allow for additional expert discovery.  ECF No. 75.  Plaintiff opposes this motion.  ECF No. 76.  The Court will hold a conference on this motion via telephone on August 19, 2025, at 12:30 p.m.  Parties should dial in to 646-453-4442 and use the conference ID 130 837 939#.

**SO ORDERED.**

Dated: August 4, 2025
       New York, New York

_____
Hon. Henry J. Ricardo
United States Magistrate Judge

1