UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALTER,<br><br>                    **Plaintiff,**<br><br>-against-<br><br>NEW YORK CITY SCHOOLS CONSTRUCTION AUTHORITY ET AL.,<br><br>                    **Defendants.** | 23-cv-02305-ALC<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' premotion conference letters related to Defendants' anticipated motion for summary judgment. ECF Nos. 74. 78. Defendants' request for a premotion conference is **DENIED** and the Court sets forth the following briefing schedule:

- Opening Brief:   September 25, 2025;
- Opposition:  October 16, 2025;
- Reply:  October 23, 2025.

If the Parties wish to propose an alternative briefing schedule, they may do so by filing a Joint Letter on or before September 5, 2025.

**SO ORDERED.**

Dated:   **August 28, 2025**
             **New York, New York**

                                                                    **ANDREW L. CARTER, JR.**
                                                                    **United States District Judge**