UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SETH ALTER,

                Plaintiff,

-v-

NEW YORK CITY SCHOOLS CONSTRUCTION AUTHORITY, *et al.*,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/14/2025

**ORDER**

23-CV-2305 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On October 10, 2025, Defendants submitted a letter regarding a dispute between the Parties over entry into a Confidentiality Protective Order. ECF No. 84. The Court will hold a conference on **October 27, 2025** at **11:00 a.m.** by telephone to discuss the dispute. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 672 248 299#).

**SO ORDERED.**

Dated: October 14, 2025
      New York, New York

                                                Henry J. Ricardo
                                                United States Magistrate Judge