```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SETH ALTER,

                Plaintiff,

    -v-

NEW YORK CITY SCHOOLS CONSTRUCTION AUTHORITY, *et al.*,

                Defendants.

**ORDER**

23-CV-2305 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court is in receipt of Plaintiff's letter motion requesting an adjournment of the October 27, 2025 conference. ECF No. 94. Plaintiff's request is **GRANTED**. The conference will be held on **October 29, 2025** at **10:00 a.m.** by telephone. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 672 248 299#).

    The Clerk of Court is respectfully directed to terminate the motion at ECF No. 94.

**SO ORDERED.**

Dated: October 23, 2025
       New York, New York

                                            Henry J. Ricardo
                                            United States Magistrate Judge