MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/4/25__

November 4, 2025

**BY ECF**
Andrew L. Carter
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Seth Alter v. New York City Schools Construction Authority et al.*,
      Civil Action No.: 23-cv- 02305 (ALC)(HJR)

Dear Judge Carter:

I represent the Plaintiff in this matter. With the consent of counsel for Defendants, I write to request an extension of the summary judgment briefing schedule in this matter. Defendants' motion was filed on October 16, 2025, and Plaintiff's response was due on November 6, 2025. Due to some unexpected developments in other matters, I am requesting an extension until November 13, 2025 for Plaintiff's response. Defendants have requested an extension from November 13, 2025 until December 11, 2025 for the reply.

This is the second request for an extension of the summary judgment briefing schedule with the first being previously granted. I do not believe this request implicates any other deadlines set by the Court.

Thank you for your attention to this matter.

Respectfully,

/s
Jason L. Solotaroff, Esq.

cc:   All counsel (by ECF)

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

11/4/25

GSLAWNY.COM   212-847-8315   GS&A   1 Rockefeller Plaza, 8th Floor, New York, NY 10020