UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/21/2026

SETH ALTER,

                    Plaintiff,                          **ORDER**

          -v-                                           23-CV-2305 (ALC) (HJR)

NEW YORK CITY SCHOOLS CONSTRUCTION
AUTHORITY, *et al.*,

                    Defendants.

**HENRY J. RICARDO, United States Magistrate Judge.**

Pursuant to the undersigned's October 17, 2025 order, ECF No. 93, expert depositions were to be completed by January 20, 2026. As expert discovery has now closed, the Parties are directed to file a joint letter providing an update regarding the status of this matter by **February 4, 2026.**

**SO ORDERED.**

Dated: January 21, 2026
          New York, New York

                                                        _____
                                                        Henry J. Ricardo
                                                        United States Magistrate Judge

1