UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/29/2026_

SETH ALTER,

                              Plaintiff,

        -v-

NEW YORK CITY SCHOOLS CONSTRUCTION
AUTHORITY, *et al.,*

                              Defendants.

**ORDER**

23-CV-2305 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Parties' January 28, 2026 joint status letter. ECF No. 110. Pursuant to Rule 4(A) of Judge Carter's Individual Practices, the Parties shall file a joint pretrial order within 30 days of the Court's decision on Defendants' motion for summary judgment, unless that decision disposes of this matter. Further, at least 14 days before the Parties file their joint pretrial order, all counsel must meet for at least one hour to discuss settlement in good-faith. Counsel are encouraged to request a settlement conference before the undersigned.

**SO ORDERED.**

Dated: January 29, 2026
        New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge