**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

**SETH ALTER,**

**Plaintiff/Relator,**

**-against-**

**NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY ET AL.,**

**Defendants.**

---------------------------------------------------------- x

**23-cv-02305 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On September 29, 2026, the Court ordered the Parties to show cause by October 14, 2026, as to why the Court should not exercise supplemental jurisdiction over the remaining state law claims. ECF No. 113 On October 14, 2026, the Defendants filed a brief. ECF No. 114. To date, Plaintiff has not filed a brief. The Plaintiff is ORDERED to respond to Defendants' brief by October 28, 2026.

**SO ORDERED.**

**Dated: October 21, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**